811-15

To whom it may concern:                                    7/9/15

   I Filiberto Sierra III T.D.C #1924410, have previously sent a letter for extension on June 23rd-24th to the court of appeals in Austin, Tx. This is my second one that I'm submitting to your office/court. The previous extension was not responded to, or I have not gotten any kind of response back. I hope and pray that I will get a response on this submittion and that it will not affect my status or delay my appeal in any way. Thank you for your time.

                                        Filiberto Sierra III
                                        T.D.C #192-4410
                                        Cotulla Transfer Facility
                                        610 FM 624
                                        Cotulla, Texas 78014

                                     x _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

EX PARTE

FILIBERTO SIERRA III

2-26-80  TDC# 1924410

NO. 04-14-00279-CR 175th

NO. 2011-CR-8109

IN THE COURT OF
CRIMINAL APPEAL AT
AUSTIN, TEXAS

7/9/15

## Motion For Extension For Time To File Petition For Discretionary Review

### I.

To The Honorable Judge of Said Court:

Come Now Filiberto Sierra III, Defendant in the Above entitled and numbered cause, Move this court to Grant an Extension of Time to File a Petition for Discretionary Review

### II.

The Defendant Case No: 2011CR8109 was appealed from the 175th District Court of Bexar, County. The Fourth Court of Appeal affirmed the case on June 17th, 2015, a deadline was set for July 17th, 2015 to file for a Discretionary Review.

### III.

Defendant Request an Extension of 90 days in order to obtain court Records and Trial Transcript to Familiarize self with the laws pretaining to my preparation for my petition for Discretionary Review.

## PRAY FOR RELIEF

Wherefore, premises considered, Appellant prays that this court grant Appellants motion to Extension for Discretionary Review for more time and also prays for all other relief to which he may be entitled at Law or Equity.

Respectfully Submitted
FILIBERTO SIERRA III #1924410
Cotulla Transfer Facility
610 FM 624
Cotulla, Texas 78014